[No. 21943-3-II.    Division Two.    March 27, 1998.]

*In the Matter of the Estate of* ESTHER C. FRITZ.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-4-01235-4, Vicki L. Hogan, J., entered April 7, 1997. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.